

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wesley Randle<br><br>                                    **Plaintiff,**<br>                         V.<br>M. Palmer, Chief Deputy Warden<br><br><br>                                    **Defendant.** | FILED<br>07/26/2023<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:          B. Chandler  , Deputy<br><br>Civil No. 23-cv-01376-JO-BLM |

**STRICKEN DOCUMENT:**

Complaint


**Per Order #     3**

1